# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **No. 1:18CR324-3** |
| | ) | |
| **VICKIE LYNN DAVIS,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **BB&T CORPORATION,** | ) | |
| | ) | |
| **Garnishee.** | ) | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
### [28 U.S.C. § 3205(b)]

The United States of America, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Vickie Lynn Davis, social security number \*\*\*-\*\*-6162, whose last known address is in Rockingham, North Carolina. The judgment is in the amount of $2,275.32.

As of April 24, 2019, the sum of $0.00 has been credited to the judgment debt, leaving a total balance of $2,275.32, which includes restitution in the amount of $175.32, a fine in the amount of $2,000.00, and a special assessment in the amount of $100.00. Interest is not accruing on this debt.

More than 30 days have elapsed since demand on the debtor for payment of the debt and the debtor has not paid the amount due.

The Garnishee is believed to be in possession, custody or control of property in which the debtor has a substantial nonexempt interest which is subject to garnishment by the United States, including but not limited to:

**Any and all accounts held by BB&T in the name of Vickie Lynn Davis, SSN XXX-XX-6162, not exceed the balance owed in this judgment of $2,275.32.**

The name and address of the Garnishee or its authorized agent is: BB&T Corporation, c/o Katrina D. Ramey, 200 West Second St., 3rd Floor, Winston-Salem, NC 27101.

This the 24th day of April, 2019.

MATTHEW G.T. MARTIN
United States Attorney


/s/ Joan B. Childs
Assistant United States Attorney
NCSB # 18100
United States Attorney's Office
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Telephone: (336) 333-5351
E-mail: joan.childs@usdoj.gov
